FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2009 APR 29   AM 10: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

BRADLEY BELFIELD,

  Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP -
DELAWARE,

  Defendant.       /

Case No.:

3:09-cv-385-J-34 TEM

## NOTICE OF REMOVAL

To:  Judges of the United States District Court of the Middle District of Florida, Jacksonville Division.

Defendant, GC SERVICES LIMITED PARTNERSHIP, (incorrectly referred to as GC Services Limited Partnership – Delaware and hereinafter referred to as "GC Services"), by and through its undersigned attorney, and pursuant to 28 U.S.C. §1441 and §1446, files this Notice of Removal of an action styled <u>Bradley Belfield v. GC Services Limited Partnership - Delaware</u>, 16-2009-CA-005592, presently pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, to be removed to the United States District Court for the Middle District of Florida, Jacksonville Division, and states as follows:

   1.   On or about March 31, 2009, Plaintiff instituted an action against GC Services in the Circuit Court in the Fourth Judicial Circuit, in and for Duval County, Florida, Case Number 16-2009-CC-001760 (the "State Court Action"). The Complaint was served on GC Services on April 13, 2009.

   2.   The State Court Action alleges that the Defendant is a debt collector and that it violated (1) Fair Debt Collection Practices Act, 15 U.S.C. §1692; and (2) Florida Consumer Collection Practices Act, Florida Statute §559.72.

Case No.:

3. This action may be removed pursuant to 28 U.S.C. §1441. Based upon Plaintiff's alleged violation of 15 U.S.C. §1692, this Court has jurisdiction pursuant to 28 U.S.C. §1331.

4. A copy of this Notice will be promptly filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida.

5. Pursuant to 28 U.S.C. §1446(a), the Defendant attaches to this Notice of Removal a copy of all process, pleadings, and orders served upon it in the State Court Action (Composite Exhibit "A").

WHEREFORE, the Defendant, GC SERVICES LIMITED PARTNERSHIP - DELAWARE, respectfully requests that this case proceed in this Court as an action properly removed to it.

_____
H. Keith Thomerson
Florida Bar No. 893706
Stephanie A. Broder
Florida Bar No. 627208
kthomerson@hinshawlaw.com
sbroder@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
Attorneys for Defendant GC SERVICES LIMITED
PARTNERSHIP - DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2009, I filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Case No.:

Brian P. Parker
Law Offices of Brian P. Parker, P.C.
30700 Telegraph Road, Suite 1580
Bingham Farms, MI 48025

_____
H. Keith Thomerson
Florida Bar No. 893706
Stephanie A. Broder
Florida Bar No. 627208
kthomerson@hinshawlaw.com
sbroder@hinshawlaw.com
HINSHAW & CULBERTSON LLP
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
Telephone: 904-359-9620
Facsimile: 904-359-9640
Attorneys for Defendant GC SERVICES LIMITED
PARTNERSHIP - DELAWARE

## AFFIDAVIT OF BRADLEY BELFIELD

DA )

VAL )

BELF... being first duly sworn, deposes and says that he is of suitable [age] to testify in a Court of law and that he makes this Affidavit based upon [knowledge] and, if called upon to testify, would testify as follows:

[GC] SERVICES LIMITED PARTNERSHIP - DELAWARE is calling and [har]assing me over the collection of an alleged debt.

[Re]presentatives of GC SERVICES LIMITED PARTNERSHIP - DELAWARE [are] calling every other day.

[Re]presenta[tives of] GC S[E]RVICES [LI]MITED PARTNERSHIP - DELAWARE [ha]s threatened to garnish my wages.

[Re]presentatives of GC SERVICES LIMITED PARTNERSHIP - DELAWARE [ha]ve called [me] on my home phone several times, even after I repeatedly asked [th]em to sto[p calling].

[Re]presenta[tiv]es of GC SERVICES LIMITED PARTNERSHIP - DELAWARE [ha]ve called [m]e at work several times. I told them I was working and they [re]peatedly [continued] to call me d[uring m]y work hours.

[In] one of [the] conversati[on]s w[ith GC S]ERVICES LIMITED PARTNERSHIP - [D]ELAWA[RE], they were rude saying "Is there anyway someone can help you [w]ith the de[bt]"

[Further affian]t saith n[ot].

*[Signature]* ley Belfield

## Debt Collection Damages

lement of... ir case that must be established This sheet is meant to assist us
known a... actual damages. Please be honest in your answers. If you are
t collecte... the law presumes you have been damaged in some way and you
se damage... However, these answers will affect **additional damages**.

uffer fro... any of the following due to, or made worse by, the actions of
tion activ...?

| | |
|---|---|
| | Yes **(No)** |
| g the tele...e | **(Yes)** No |
| g the doo... | **(Yes)** No |
| when talk... to or seeing friends or family | **(Yes)** No |
| anxious | **(Yes)** No |
| | Yes **(No)** |
| lessness, ... | **(Yes)** No |
| worthle... | **(Yes)** No |
| weight lo... | Yes **(No)** |
| th or suic... suicide attempts | Yes **(No)** |
| itability | Yes **(No)** |
| ymptom ... ...ers, and chronic pain. | Yes **(No)** |
| t on my j... | **(Yes)** No |
| on my r... | Yes **(No)** |

motiona... ...ated with abusive debt collections:
ol pl... ...created under
(u)

penalty ...

Belf

[signature]

Subscribed and sworn to before me
this _2nd_ day of _Feb_, 2009.

[signature]
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
John E. Nardi
Commission # DD432314
Expires: MAY 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

Ex. 3

## AFFIDAVIT OF BRADLEY BELFIELD

STATE OF FLORIDA        )

COUNTY OF DUVAL      )

BRADLEY BELFIELD, being first duly sworn, deposes and says that he is of suitable age and discretion to testify in a Court of law and that he makes this Affidavit based upon personal knowledge and, if called upon to testify, would testify as follows:

1. GC SERVICES LIMITED PARTNERSHIP - DELAWARE is calling and harassing me over the collection of an alleged debt.

2. GC SERVICES LIMITED PARTNERSHIP - DELAWARE is still contacting me after I told them I'm being represented by an attorney. They called twice from 877-551-9771 extension 48688.

Further, Deponent saith not.

_____
Bradley Belfield

Subscribed and sworn to before me
this 31 day of March 2009.

Notary Public _____

NOTARY PUBLIC-STATE OF FLORIDA
John E. Nardi
Commission # DD432314
Expires: MAY 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.